# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **Judge : Bill Wilson** |
| counsel:   Pat Harris | Reporter: C. Newburg |
| counsel: | Clerk: M. Johnson |
| | Interpreter: |
| vs | USPO: Meg Johnson |
| **KERRY BUTRAIN** | |
| counsel: Jerome Kearney | |
| counsel: | Date: November 3, 2008 |

**CASE NO: 4:02CR00061-01**

### COURT PROCEEDING: Supervised Release Revocation Hearing

**Begin: 4:15 p.m.**                                                                                               **End: 4:35 p.m.**

**Court calls cases and reviews to present; Deft admits violations; Court finds violations occurs; statement to Court by parties; revocation granted; 4 months BOP; 1 years SR w/4 months home detention w/em; deft remanded.**

**Court in recess.**